**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

MOHAMMED AL-ADAHI, <u>et</u> <u>al.</u>,      :
                                          :
     **Petitioners,**                     :
                                          :
     v.                                   :      **Civil Action No. 05-280 (GK)**
                                          :
BARACK H. OBAMA, <u>et</u> <u>al.</u>,    :
                                          :
     **Respondents.**                     :
_____:

## <u>ORDER</u>

On October 7, 2009, Petitioner Zahir Omar Khamis Bin Hamdoun's petition for a writ of habeas corpus was stayed for 120 days [Dkt. No. 476]. Because the 120-day stay has expired, it is hereby

**ORDERED**, that Petitioner show cause no later than **February 25, 2010** as to why his petition should not be dismissed. The Government shall file its response by **March 4, 2010.**


_____        /s/ _____
February 18, 2010                         Gladys Kessler
                                          United States District Judge


<u>Copies to</u>:  Attorneys of Record via ECF